OCTOBER 19, 1984

No. 84–275. GREAT ATLANTIC & PACIFIC TEA CO., INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53. ▮

OCTOBER 29, 1984

No. 83–6904. COLLIER *v.* TEXAS. Appeal from Ct. App. Tex., 3d Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–319. FALK *v.* STATE BAR OF MICHIGAN. Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 84–408. CLEAR-VIEW CABLE T. V., INC. *v.* TOWN OF NARROWS. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 84–5379. MEDLIN *v.* POULSON ET AL. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5380. SUMMA *v.* HASSON ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮

No. 84–131. INTAKE WATER CO. *v.* YELLOWSTONE RIVER COMPACT COMMISSION ET AL. Appeal from D. C. Mont. dismissed for want of jurisdiction. ▮